# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERARDO AVILA-ARROYO,<br><br>Defendant. | Case No.:   15CR0708-BGS<br><br>ORDER AND JUDGMENT DISMISSING INFORMATION |
|---|---|

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the all charges pending against Defendant Gerardo Avila-Arroyo be dismissed with prejudice.

DATED: June 2, 2015

_____
HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE